OLIVER W. MILLER
v.
WILLIAM JONES

1812

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .
2. Writ of attachment. . . . . . . . . . . . .

GEORGE McDOUGALL
v.
WILLIAM JONES

1812

PAPERS IN FILE

1. Precipe for capias and attachment . . . . . . . . .
2. Affidavit for attachment . . . . . . . . . . .
3. Capias and return . . . . . . . . . . . . .